AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Edgardo Maldonado

v.

David Todtenhagen

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 05-CV-276A

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint is dismissed with prejudice and leave to appeal to the Court of Appeals as a poor person is denied.

Date: December 27, 2005

RODNEY C. EARLY,
CLERK

By: _____
Deputy Clerk